SEALED
2:22-mj-149

DISTRICT OF OREGON, ss:        AFFIDAVIT OF Jennifer Duke

**Affidavit in Support of a Criminal Complaint and Arrest Warrant**

I, Jennifer Duke, being duly sworn, do hereby depose and state as follows:

**Introduction and Agent Background**

1.      I am a Special Agent with the Federal Bureau of Investigation (FBI) and have been since September 2021. My current assignment is to the Portland Division, Pendleton Resident Agency. I received 21 weeks of training at the FBI Academy in Quantico, Virginia, where I learned about investigating violations of federal law, including violent crimes. My responsibilities include the investigation of federal criminal offenses, to include robbery, firearms violations, and assault.

2.      I submit this affidavit in support of a criminal complaint and arrest warrant for Javier Francisco VIGIL, for the crimes of Hobbs Act Robbery, in violation of Title 18, United States Code, Section 1951; and Using and Carrying a Firearm During and in Relation to a Crime of Violence, in violation of Title 18, United States Code, Section 924(c)(1)(A)(i)-(ii). As set forth below, there is probable cause to believe, and I do believe, that Javier Francisco Vigil committed Hobbs Act Robbery, in violation of Title 18, United States Code, Section 1951; and used and carried a firearm during and in relation to crime of violence, in violation of Title 18, United States Code, Section 924(c)(1)(A)(i)-(ii), including brandishing the firearm.

3.      I am a party to the investigation described herein. My knowledge of the matters described in this affidavit are the result of a combination of my own firsthand knowledge, review of police reports, as well as facts described to me by other law enforcement personnel assisting with the investigation. I have not included all information learned through this investigation. I have included information I believe is sufficient to establish probable cause for the criminal

**Page 1 – Affidavit of Jennifer Duke**                    **USAO Version Rev. April 2018**

complaint and arrest warrant requested by this affidavit.

## Applicable Law

4.  Title 18, United States Code, Section 1951, makes it unlawful for any individual in any way or degree to obstruct, delay, or affect commerce or the movement of any article or commodity in commerce, by robbery or extortion; or to attempt or conspire to do so; or to commit or threaten physical violence to any person or property in furtherance of a plan or purpose to do anything in violation of the section.

5.  Title 18, United States Code, Section 924(c)(1)(A)(i)-(ii), makes it unlawful for an individual, during and in relation to a crime of violence, to use and carry a firearm, including brandishing the firearm.

## Statement of Probable Cause

6.  On August 17, 2022, in the District of Oregon, the Federal Bureau of Investigation (FBI) and other law enforcement agencies initiated an investigation into the defendant, Javier Francisco VIGIL (hereinafter VIGIL), for a robbery and shooting at a casino on the Umatilla Indian Reservation, within the District of Oregon. As part of the ongoing investigation, I have learned the following information.

7.  On August 17, 2022, at approximately 12:50 p.m., an officer with the Umatilla Tribal Police Department (UTPD) (hereinafter Officer 1), was dispatched to the Wildhorse Resort and Casino at 4651 Wildhorse Blvd, Pendleton, Oregon 97801, in response to a robbery in progress. Upon arrival to the casino's security front entrance, just south of the valet entrance, Officer 1 stated over the UTPD radio system that the suspect, later identified as VIGIL, had brandished a weapon inside the casino. Officer 1 then stated over the radio, "Shots fired." I was

with a UTPD detective at the time that this occurred, and I responded to the scene.

8. When I arrived on the scene, I observed VIGIL lying on the ground outside the casino with a gunshot wound. VIGIL was detained by responding officers. Investigators found a clear bag, half full of loose and wrapped bills, as well as a M1911 A1-FS pistol, serial number RIA2190663, on the ground next to VIGIL.

 

9. I observed multiple bullet holes on Officer 1's UTPD K-9 patrol vehicle, which was parked in the casino parking lot. Namely, I observed holes to the front hood, front passenger tire, and through the front passenger and driver side windows.

10. During my investigation, I reviewed surveillance footage at Wildhorse Casino Security Surveillance Operations Center. I observed on camera, at approximately 12:58 p.m., that VIGIL exited a gray Ford truck with a white canopy, outside the Arrowhead Travel Plaza, located north of the Wildhorse Casino at 7245 OR-331, Pendleton, Oregon 97801.VIGIL walked north along the sidewalk in front the Arrowhead Travel Plaza and onto the property of the Wildhorse Casino, heading toward the valet parking and entrance to the casino. Once inside the casino, VIGIL walked straight to the cage within the gaming area of the casino, to window 5. At approximately 1:00 p.m., VIGIL handed a piece of a paper to the teller (Adult Victim 1,

hereinafter referred to as AV1). VIGIL then drew a pistol from a holster on the right side of his

body and pointed it at AV1. I have included a photo of VIGIL pointing a gun at AV1 for the

Court's reference:



11.    Once AV1 began pulling money out and placing it on the counter, a second teller

handed VIGIL a clear bag. VIGIL holstered the pistol and began putting the money in the bag.

At approximately 1:02 p.m., VIGIL walked away from the cage toward the security front

entrance of the casino carrying a clear bag of money.

12.    Continuing my review of the surveillance footage, I observed, that at

approximately 1:03 p.m., VIGIL departed the casino with the cash. Below is a photo of VIGIL

departing with the cash for the Court's reference:



13.    Next, per the surveillance footage, VIGIL looked to his right and drew his pistol toward Officer 1, who was positioned behind the UTPD K-9 vehicle. A photo of VIGIL pointing his gun is included below:



14.    The investigation revealed that VIGIL exchanged gunshots with Officer 1 outside the casino. VIGIL was injured in the shooting and subsequently underwent surgery.[1]

15.    I, along with local law enforcement, conducted an interview with AV1 inside the gaming center of the Wildhorse Casino at 46510 Wildhorse Blvd, Pendleton, Oregon 97801. AV1 described the robbery suspect (identified herein as VIGIL) as a male with neck tattoos, dressed in a white jersey, ball cap, and dark sunglasses. AV1 stated that the suspect approached her window at the cash cage at approximately 1:00 p.m. The suspect handed AV1 a note requesting a million dollars. AV1 thought it was a joke. The suspect then drew a pistol and pointed it at AV1, again demanding the money. AV1 stated that suspect was saying things such as, "I'm fucking God," and "I'm going to bathe everyone in blood." AV1 took her top drawer of loose money and reached down and grabbed strapped money and placed it on the counter. AV1 pressed the emergency button. The suspect demanded a bag to place the money in. AV1's manager provided a clear bag from the vault. AV1 stated that the suspect moved slowly. The suspect took the bag of money and began walking toward the front door. AV1 stated she then heard gun shots but could not see what was happening.

16.    I, along with local law enforcement, conducted an interview with a casino director, hereinafter Witness 1 (W1), inside the gaming center of the Wildhorse Casino at 46510 Wildhorse Blvd, Pendleton, Oregon 97801. W1 informed investigators that W1 was located near the cash cage when W1 heard a commotion by the cage. W1 saw a money tray on the floor and the suspect (VIGIL) with a holstered gun and a bag of money walking toward the front doors.

---

[1] I have also learned that another individual who happened to be outside the casino at this time was injured in the shooting between VIGIL and Officer 1. The investigation into the circumstances of that individual's gunshot injuries is still ongoing at this time.

**Page 6 – Affidavit of Jennifer Duke**                    **USAO Version Rev. April 2018**

W1 followed the suspect toward the double doors. W1 saw the suspect walk outside the casino, look right, and reach for his gun. W1 then saw the suspect fire "maybe two shots."

17.     On August 18, 2022, FBI and local law enforcement conducted an interview with a finance employee, hereinafter Witness 2 (W2), inside the Wildhorse Casino. W2 informed investigators that the suspect (VIGIL) had taken $69,098 U.S. Currency during the robbery on August 17, 2022.

18.     On August 18, 2022, VIGIL was interviewed by the FBI and local law enforcement at St. Anthony's Hospital, located at 2801 St Anthony Way, Pendleton, Oregon 97801. VIGIL was informed of his Miranda Rights, to which he acknowledged he understood. VIGIL admitted to going to Wildhorse Casino the day before. He stated that he requested a million dollars from the teller in the cash cage. VIGIL said when the teller laughed at him, VIGIL drew his gun and pointed it at the teller. VIGIL told investigators that when VIGIL walked out of the casino, he saw a cop car and a cop pointing a gun at him. VIGIL admitted to drawing his weapon and pointing it in the direction near the officer. VIGIL stated he fired one round but did not fire at the officer because VIGIL did not want to hurt the officer.

19.     Through my investigation, I have learned that the Wildhorse Resort and Casino is a business engaged in interstate commerce. The casino is often a tourist destination, and people come from a variety of locations—including outside of the state of Oregon—to gamble and make purchases at the casino.

### Conclusion

20.     Based on the foregoing, and based on my training and experience, I have probable cause to believe, and do believe, that Javier Francisco VIGIL committed Hobbs Act Robbery, in

**Page 7 – Affidavit of Jennifer Duke**                    **USAO Version Rev. April 2018**

violation of Title 18, United States Code, Section 1951; and Using and Carrying a Firearm

During and in Relation to a Crime of Violence, in violation of Title 18, United States Code,

Section 924(c) (1)(A)(i)-(ii). Therefore, I request the issuance of a criminal complaint and arrest

warrant.

21.     This affidavit, and the requested arrest warrant were all reviewed by Assistant

United States Attorney (AUSA) Cassady Adams prior to being submitted to the Court. AUSA

Adams informed me that in her opinion, the affidavit is legally and factually sufficient to

establish probable cause to support the issuance of the requested complaint and arrest warrant. I

respectfully request the Court to authorize the attached arrest warrant based on this complaint.

> *Sworn IAW Fed. R. Crim. P. 4.1*
> Jennifer Duke, Special Agent
> Federal Bureau of Investigation

Sworn in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone at  6:30

a.m./p.m. on August ___18, 2022.

_____
HONORABLE JOLIE A. RUSSO
United States Magistrate Judge

**Page 8 – Affidavit of Jennifer Duke**                    **USAO Version Rev. April 2018**